IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 27 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

STATE VOLUNTEER MUTUAL INSURANCE COMPANY     PLAINTIFF

VS.     CASE NO. 06-5181

LISA McGRAW, M.D., SCOTT W. JONES,
AND LIZABETH JONES     DEFENDANTS

## DECLARATORY JUDGMENT COMPLAINT

Comes plaintiff, State Volunteer Mutual Insurance Company ("SVMIC"), and for its declaratory judgment complaint naming as defendants, Lisa McGraw, M.D. ("Dr. McGraw"); Scott W. Jones; and Lizabeth Jones, states:

1.

This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201, 28 U.S.C. § 2202, and Ark. Code Ann. § 16-111-101, *et seq.*, seeking a declaration of rights under a policy of insurance issued by SVMIC to Dr. McGraw.

2.

SVMIC is a Tennessee corporation with its principal place of business in Tennessee.

3.

Dr. McGraw is a resident of Benton County, Arkansas. At all times relevant hereto, Dr. McGraw was a licensed physician practicing in Benton County, Arkansas.

**4.**

Scott W. Jones and Lizabeth Jones, husband and wife, are residents of Benton County, Arkansas.

**5.**

Jurisdiction is appropriate pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. This action is brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 and the Arkansas Declaratory Judgment Act, Ark. Code Ann. § 16-111-101, *et seq.*

**6.**

Venue in this judicial district is appropriate pursuant to 28 U.S.C. § 1391 because a substantial portion of the events or omissions giving rise to the claim occurred in this judicial district.

**7.**

SVMIC issued Medical Professional Insurance Policy No. 89-Y524 ("the policy") to Dr. McGraw, which was in force and effect from April 30, 2004, through April 30, 2005. The policy of insurance provided coverage for Dr. McGraw with respect to certain claims arising out of professional services subject to the terms and conditions of the policy. A true copy of the policy is attached hereto as Exhibit "A."

8.

The coverage provided by SVMIC to Dr. McGraw under the policy was subject to a notice provision that states:

**GENERAL CONDITIONS**
**(Applicable to Parts I and II)**

**SECTION 3.    INSURED'S DUTIES TO REPORT AND COOPERATE**

    (a)    When the **Insured** becomes aware of any alleged **medical incident** to which Part I of this policy applies, or any **bodily injury, property damage,** or **personal injury** to which Part II of this policy applies, the **insured** or his/her representative must report the circumstances to the Company, by telephone or in writing, as soon as practicable.  **Medical incidents** covered under Part I shall be **reported** as provided therein.  Reports given under Part II shall state the circumstances, time and place of the injury, the names and addresses of the injured, and the names and addresses of available witnesses.

. . .

    (c)    If claim is made or suit is brought against the **insured**, the **insured** shall immediately forward to the Company every demand, notice, summons or other process received by him/her or his/her representative.

. . .

If the **insured** fails to comply with his/her obligations under this policy, the Company's obligations to the **insured** under this policy shall terminate, including any liability or obligation to defend, prosecute or continue any litigation.

3

State Volunteer Mutual Insurance Company Policy Form U1 (05/95), p. 10.

9.

On November 22, 2004, a complaint was filed in the Circuit Court of Benton County, Arkansas, styled <u>Scott W. Jones and Lizabeth Jones, Husband and Wife v. Dr. Tom Phillip Coker; Dr. Kevin Pope; Dr. Lisa McGraw; and John Doe Nos. 1-5</u> and docketed as CV2004-001775-4 ("<u>Jones</u> suit"). A copy of the complaint in the <u>Jones</u> suit is attached hereto as Exhibit "B."

10.

The <u>Jones</u> suit alleges medical negligence as to Dr. McGraw and the other defendants. The complaint alleges that Mr. and Mrs. Jones suffered certain injuries and damages as a result of the defendants' care and treatment.

11.

On December 2, 2004, Dr. McGraw was served with process. Dr. McGraw did not notify SVMIC that she had been served with the summons and the <u>Jones</u> suit, and, as a result, no answer or responsive pleading was filed on her behalf.

12.

On March 23, 2005, a default judgment was entered against Dr. McGraw with respect to the <u>Jones</u> suit.

13.

On April 18, 2005, a hearing on damages was held in the Jones suit, and judgment was entered against Dr. McGraw for $500,000.00.

14.

On June 29, 2006, the Supreme Court of Arkansas affirmed the default judgment against Dr. McGraw in the Jones suit, but set aside the award of damages and remanded the case back to the trial court for a new hearing on damages.

15.

SVMIC is currently providing, under full reservation of its rights, a legal defense for Dr. McGraw in connection with the Jones suit pending a declaration of rights under the policy as sought in this action.

16.

The policy issued by SVMIC to Dr. McGraw does not provide coverage for the claims against Dr. McGraw in the Jones suit in that Dr. McGraw did not provide SVMIC with notice of the suit as the policy required.

17.

SVMIC is entitled to a declaratory judgment that no coverage exists under the policy for defense or indemnity of Dr. McGraw with respect to the allegations of the Jones suit.

WHEREFORE, State Volunteer Mutual Insurance Company prays that this Court enter judgment in its favor declaring that no coverage exists under the policy and that it has no obligation or duty to provide a defense for or indemnify Dr. Lisa McGraw in connection with the <u>Jones</u> suit docketed in the Circuit Court of Benton County, Arkansas, as Cause No. CV2004-001775-4 and for all other just and proper relief to which it may be entitled.

        **ANDERSON, MURPHY & HOPKINS, L.L.P.**
        400 West Capitol Avenue, Suite 2470
        Little Rock, Arkansas  72201
        Telephone:  501-372-1887
        E-mail:  anderson@amhfirm.net
        E-mail:  campbell@amhfirm.net

By _____
    OVERTON S. ANDERSON
    Bar No. 73003
    JASON J. CAMPBELL
    Bar No. 2001119

Attorneys for State Volunteer
Mutual Insurance Company