IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STATE VOLUNTEER MUTUAL INSURANCE COMPANY                    PLAINTIFF

        v.          Civil No. 06-5181

LISA McGRAW, M.D.; SCOTT W. JONES;
and LIZABETH JONES                                         DEFENDANTS

## J U D G M E N T

Now on this 20th day of April, 2007, for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, the Court finds and declares that, as a matter of law, plaintiff State Volunteer Mutual Insurance Company owes no duty, under the terms of medical professional insurance policy number 89-Y524, to defend or indemnify defendant Lisa McGraw, M.D., for claims made against her by defendants Scott W. Jones and Lizabeth Jones in Benton County, Arkansas, Circuit Court case number CV 2004-1775-4.

IT IS SO ORDERED.

     /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE